UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AHERN RENTALS, INC.,<br><br>Debtor. | Case No. BK-N-11-53860 (BTB)<br>Chapter 11 |
| AHERN RENTALS, INC.<br><br>Appellant,<br>v.<br><br>GOLDMAN SACHS PALMETTO STATE CREDIT FUND, L.P., LIBERTY HARBOR MASTER FUND I, L.P., SPHERE CAPITAL, LLC – SERIES B, DEL MAR MASTER FUND LTD., FEINGOLD O'KEEFFE CAPITAL MANAGEMENT, LLC, NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT INC., OCH-ZIFF CAPITAL MANAGEMENT GROUP, WAZEE STREET CAPITAL MANAGEMENT, LLC,<br><br>Appellees. | USDC Case No.:<br>3:12-cv-00676-LRH-VPC |

**EMERGENCY MOTION OF DEBTOR TO MODIFY STAY ORDER**

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor/Appellant

DLA PIPER (US) LLP
GREGG M. GALARDI, ESQ.
New York Bar No. 4535506
E-mail: gregg.galardi@dlapiper.com
(admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone (212) 335-4640
Facsimile (212) 884-8540
Attorneys for Debtor/Appellant

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169

EAST\54353590.1

Ahern Rentals, Inc. (the "Debtor" or "Appellant"), by and through its undersigned counsel, respectfully moves this Court (the "Motion to Modify Stay Order"),[1] on an emergency basis, for an order substantially in the form attached hereto as Exhibit A (the "Modified Order"), modifying the order entered by this Court on December 21, 2012 (the "Stay Order"), (Docket No. 5), which stayed the *Order Terminating the Debtor's Exclusive Period Pursuant to 11 U.S.C. § 1121(d)* (Ex. 55, the "Termination Order").[2] The Termination Order terminated the Debtor's exclusive period for filing a plan of reorganization (the "Exclusive Plan Filing Period") as well as the Debtor's exclusive period for soliciting acceptances with respect to the plan of reorganization (the "Exclusive Plan Solicitation Period," and together with the Exclusive Plan Filing Period, the "Exclusive Periods"). In support of its Motion to Modify Stay Order, Appellant respectfully states as follows:

1. On December 20, 2012, Appellant filed its *Emergency Motion of Debtor for Stay Pending Appeal of Order Terminating Exclusivity* (the "Stay Motion"). (Docket No. 1)

2. On December 21, 2012, this Court entered the Stay Order. (Docket No. 5)

3. Appellant respectfully submits that paragraph 2 of the Stay Order, which currently reads "The Chapter 11 Case is stayed effective as of December 7, 2012," might be interpreted to have an effect not desired by the relief requested in the Stay Motion.

4. Appellant respectfully submits that to clarify the intent of the Stay Order, paragraph 2 of the Stay Order should be amended to read as follows: "The proceedings of the Chapter 11 Case, as related to the Exclusive Periods, the Debtor Plan and any competing plans, are stayed effective as of December 7, 2012."

---

[1] Unless otherwise indicated, all references herein to "Ex. __" are to the *Debtor's Appendix of Exhibits and Excerpts of Record*, filed substantially contemporaneously herewith. All references to "Docket No. __" are to the docket in the case currently pending before this Court. All capitalized terms used in this Motion to Modify Stay Order but not otherwise defined herein shall have the meanings ascribed to such terms in the *Debtor's Plan of Reorganization*, dated and filed on November 30, 2012 (Ex. 46, together with any amendments or supplements thereto, the "Debtor Plan").

[2] Bankruptcy Rule 8002(a) provides that a notice of appeal shall be filed within fourteen (14) days of the date of entry of the order appealed from. Fed. R. Bankr. P. 8002(a). Where, as here, a notice of appeal is filed after the announcement of the Bankruptcy Court's decision to enter the Termination Order but before entry of the Termination Order, such notice of appeal shall be treated as filed after such entry and on the day thereof. Fed. R. Bankr. P. 8002(a).

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169

EAST\54353590.1

WHEREFORE, Appellant respectfully requests that this Court (i) enter the Modified Order attached hereto as <u>Exhibit A</u>; and (ii) grant Appellant such other and further relief as is just and proper.

Dated: December 21, 2012

                GORDON SILVER

                By: /s/ Matthew C. Zirzow
                     GERALD M. GORDON, ESQ.
                     WILLIAM M. NOALL, ESQ.
                     THOMAS H. FELL, ESQ.
                     MATTHEW C. ZIRZOW, ESQ.
                     3960 Howard Hughes Pkwy., 9th Floor
                     Las Vegas, Nevada 89169
                     Attorneys for Debtor/Appellant

                - and -

                DLA PIPER (US) LLP

                By: /s/ Gregg M. Galardi
                     GREGG M. GALARDI, ESQ.
                     1251 Avenue of the Americas
                     New York, New York 10020
                     Attorneys for Debtor/Appellant

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169

-3-

EAST\54353590.1