# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AHERN RENTALS, INC.,<br><br>Debtor. | USDC Case No.: 3:12-cv-00676-LRH-VPC<br><br>Case No.: BK-N-11-53860-BTB |
| AHERN RENTALS, INC.,<br><br>Appellant,<br><br>v.<br><br>GOLDMAN SACHS PALMETTO STATE CREDIT FUND, L.P., LIBERTY HARBOR MASTER FUND I, L.P., SPHERE CAPITAL, LLC – SERIES B, DEL MAR MASTER FUND LTD., FEINGOLD O'KEEFFE CAPITAL MANAGEMENT, LLC, NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT INC., OCH-ZIFF CAPITAL MANAGEMENT GROUP, WAZEE STREET CAPITAL MANAGEMENT, LLC,<br><br>Appellees. | |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE NINTH CIRCUIT

Ahern Rentals, Inc., the debtor-appellant appeals to the United States Court of Appeals for the Ninth Circuit from the final order of the United States District Court for the District of Nevada entered in this case on January 14, 2013 as docket number 60 (the "Order"), a copy of which is attached hereto as Exhibit "1."

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104500-002.0002/1784274.doc

The parties to the Order appealed from and the names and address of their respective attorneys are as follows:

DANIEL S. CONNOLLY, ESQ.
BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104
E-mail: Daniel.Connolly@bgllp.com
Telephone: (212) 508-6100

KURT A. MAYR, ESQ.
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103
E-mail: Kurt.Mayr@bgllp.com
Telephone: (860) 947-9000

FENNEMORE CRAIG JONES VARGAS
LAUREL E. DAVIS, ESQ.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
E-mail: ldavis@fclaw.com
Telephone: (702) 692-8000

*Attorneys for Certain Appellees, Del Mar Master Fund, Ltd.; Feingold O'Keefe Capital, LLC; Nomura Corporate Research & Asset Management Inc.; Wazee Street Capital Management, LLC; and Och-Ziff Capital Management Group*

ROBERT JAY MOORE, ESQ.
MILBANK, TWEED, HADLEY & McCLOY, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
E-mail: rmoore@milbank.com
Telephone: (213) 892-4000

REW R. GOODENOW, ESQ.
PARSONS, BEHLE & LATIMER
50 W. Liberty Street, Suite 750
P.O. Box 2790
Reno, Nevada 89501
E-mail: rgoodenow@parsonsbehle.com
Telephone: (775) 323-1601

*Attorneys for Certain Appellees, Liberty Harbor Master Fund I, L.P. and Goldman Sachs Palmetto State Credit Fund, L.P.*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104500-002.0002/1784274.doc

2

1 | MARY K. WARREN, ESQ.
WILLKIE FARR & GALLAGHER LLP
2 | 787 Seventh Avenue
New York, NY 10019
3 | E-mail: mwarren@willkie.com
4 | Telephone: (212) 728-8000

5 | ROBERT M. CHARLES, JR., ESQ.
LEWIS AND ROCA LLP
6 | 50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
7 | E-mail: rcharles@lrlaw.com
8 | Telephone: (775) 823-2900

9 | *Counsel for Appellee Sphere Capital, LLC – Series B*
10 |

11 |
          DATED: January 15, 2013.
12 |
GORDON SILVER                                    DLA PIPER LLP (US)
13 |
By: /s/ Matthew C. Zirzow                        By: /s/ Gregg M. Galardi
14 | GERALD M. GORDON, ESQ.                        GREGG M. GALARDI, ESQ.
15 | WILLIAM M. NOALL, ESQ.                        *(Application for Admission Pending)*
MATTHEW C. ZIRZOW, ESQ.                          1251 Avenue of the Americas
16 | 3960 Howard Hughes Pkwy., 9th Floor            New York, New York 10020
Las Vegas, Nevada 89169                          E-mail: Gregg.Galardi@dlapiper.com
17 | E-mail: wnoall@gordonsilver.com                Telephone: (212) 335-4640
E-mail: mzirzow@gordonsilver.com
18 | Telephone: (702) 796-5555                      Attorneys for Debtor/Appellant

19 |
Attorneys for Debtor/Appellant
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104500-002.0002/1784274.doc

3