FILED

JAN 29 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: AHERN RENTALS, INC.,<br><br>Debtor.<br><br>———<br><br>AHERN RENTALS, INC.,<br><br>Appellant,<br><br>v.<br><br>GOLDMAN SACHS PALMETTO STATE CREDIT FUND, L.P.; et al.,<br><br>Appellees. | No. 13-15101<br><br>D.C. No. 3:12-cv-00676-LRH<br>District of Nevada,<br>Reno<br><br>ORDER |

Before: CLIFTON and N.R. SMITH, Circuit Judges.

The motion to strike in part the emergency motion for stay is denied.

Appellant's emergency motion to stay the district court's January 14, 2013 order pending appeal is denied. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

The briefing schedule established previously shall remain in effect.

AT/MOATT